**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| **V.** | * | **Criminal No.:  GLR-19-0318** |
| **HAYWARD LEWIS** | * | |

\*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*

**MOTION TO FILE DEFENDANT'S SENTENCING MEMORANDUM UNDER SEAL**

NOW COMES the defendant, Hayward Lewis, by his attorney, Thomas Rafter, and respectfully requests that this Honorable Court allow the Defendant to file his Sentencing Memorandum under seal, and in support thereof, states as follows:

1.  That the Sentencing Memorandum contains medical records and references to certain medical conditions of the Defendant which are protected under HIPPA regulations.

2.  That much of the information within the Sentencing Memorandum is personal in nature and contains information that should not be made part of the public record.

WHEREFORE, it is respectfully requested that the Defendant's Sentencing Memorandum be permitted to be filed under seal to protect the privacy of individuals involved.

Respectfully submitted,

_____/s/_____
Thomas W. Rafter
Law Office of Thomas W. Rafter
Bar Roll Number 19530
8 E. Mulberry Street
Baltimore, Maryland 21202
(410) 299-8224
tom@tomrafterlaw.com

I HEREBY CERTIFY, that a copy of the foregoing was delivered to Assistant United States Attorney Matthew DellaBetta via email on May 28, 2021.

/s/
Thomas W. Rafter