IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| v. | * | Case No.: GLR-19-318 |
| | * | |
| HAYWARD LEWIS | * | |

\* \* \*

## CONSENT MOTION TO POSTPONE SENTENCING

Comes now, Thomas W. Rafter, Esquire, and respectfully requests that this Honorable Court continue the Defendant's currently scheduled sentencing date of February 16, 2020, and in support of the motion states as follows:

1. On November 19, 2020, the Defendant pled guilty to Count 1 of a Criminal Information, Conspiracy to Distribute a Controlled Dangerous Substances in violation of 21 U.S.C. Section 846.

2. On July 25, 2019, Mr. Lewis, who is 60 years old, was released under the supervision of Pretrial Release to attend the Shoemaker Center inpatient substance abuse treatment program. After successfully completing the Shoemaker program, Mr. Lewis was in the Unlimited Bounds long term substance abuse treatment program.

3. On August 10, 2020, Mr. Lewis suffered a significant stroke which caused him to be hospitalized at the University of Maryland Hospital. This hospitalization was followed by several weeks of rehabilitation at the University of Maryland Rehabilitation and Orthopaedic Institute (Kernan Hospital).

4.     The stroke has resulted in Mr. Lewis' mobility be severely limited as well as his speech being slurred. As such, Mr. Lewis remains on pretrial release at the residence of his sister, Ms. Sharrun Lewis as the third-party custodian.

5.     Mr. Lewis continues to receive physical therapy and medical treatment in an effort to improve his motor skills as well as his speech.

6.     Undersigned counsel has ordered medical records regarding Mr. Lewis' treatment and progress. As of the writing of this motion, these records have not been received by counsel. Counsel needs to obtain these records to paint an accurate picture to the Court regarding the extent of Mr. Lewis' disabilities.

7.     That it would be in the interest of Mr. Lewis as well as the Government that Mr. Lewis continue to receive treatment and physical therapy in an effort to improve his condition before sentencing.

8.     Undersigned counsel has spoken to AUSA Matthew DellaBetta who consents to this request for a continuance of the sentencing in this matter.

WHEREFORE, the Defendant respectfully requests the sentencing in this matter, scheduled for February 16, 2021 be postponed.

Respectfully submitted,

/s/

Thomas W. Rafter
Bar Roll Number 19530
Law Offices of Thomas W. Rafter, LLC
8 E. Mulberry Street
Baltimore, Maryland 21202
Tel:   (410) 299-8224
Fax:   (410) 244-0030
tom@tomrafterlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on this day, February 2, 2021, a copy of the foregoing was served on all parties via ECF.

                                                                      /s/

                                                   Thomas W. Rafter